

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFRED IBRAHIM ABI-HANNA | CRIMINAL NO.<br><br>**3-19CR-339-K** |

## INDICTMENT

The Grand Jury Charges:

### Count One

Theft of Government Funds
(Violation of 18 U.S.C. § 641)

From in or about September 2014 through in or about January 2016, in the Fort Worth Division of the Northern District of Texas, in a matter within the jurisdiction of the Social Security Administration ("SSA"), a federal department or agency, the defendant, **Alfred Ibrahim Abi-Hanna** ("**Abi-Hanna**"), did knowingly and with the intent to deprive the owner of the use and benefit of the money, embezzle, steal, and convert to his use money belonging to the SSA having a value greater than $1,000, namely Social Security benefits for C.O., to which **Abi-Hanna** knew he was not entitled to because C.O. was deceased.

In violation of 18 U.S.C. § 641.

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
DANIELLE R. JONES
Special Assistant United States Attorney
Missouri Bar No. 58996
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8787
Email: Danielle.Jones2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ALFRED IBRAHIM ABI-HANNA

INDICTMENT

18 U.S.C. § 641
Theft of Government Funds
(Count 1)

1 Count

A true bill rendered

DALLAS                                                FOREPERSON

Filed in open court this 24 day of July, 2019.

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending